File Hashes for IP Address 24.209.161.232

**ISP:** Time Warner Cable
**Physical Location:** Milwaukee, WI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/21/2013 01:44:25 | 5FFAA91F0515C0756C5DE9A93B092A755620CC2A | I Love James Deen |
| 08/17/2013 03:17:09 | 48AF98DC246877D8C83DCBC1D67C74A5888FE7B9 | Malibu Moments Part #2 |
| 08/06/2013 23:19:48 | 2D8DBE1C2D14D73B680F3D9D4E424BC2F9C9FB6D | New Romance |
| 08/04/2013 23:29:46 | 2B60C674509D9148431B7C4C1C7552B228DF92AC | This Really Happened |
| 07/27/2013 03:50:23 | 2A3E150FCD42D698FEC4D24C53C11A1E26B75EBC | Make me Feel Beautiful |
| 06/24/2013 01:32:10 | C94D57623DD07D3444080B1363670BB53D43B748 | Heavenly Brunettes |
| 06/24/2013 01:21:33 | 3449F4B0F331BCB419B2095D22D108664B9FF776 | Happy Birthday Capri |
| 06/24/2013 01:19:09 | F66F89658A783E1BD48512B3A56D700C555D79E9 | The Sleepover |
| 06/24/2013 01:18:31 | EF52C15B1476376800FDFE6E928A15EF8F81B375 | Fashion Models |
| 06/24/2013 01:16:51 | 20E6AB65A19A0CEC7C8CC37B096B4191596C4914 | The Young and the Restless |
| 06/11/2013 13:06:25 | 2E60BE476B9B2916124D40282587E55D5D5C74EA | Snow White and the Prince |
| 06/10/2013 23:45:45 | D49687193DC07335824DAEA5B8DD63BB1056FA50 | Only Lorena |
| 06/10/2013 20:11:49 | 7C1A733AE19EB7DAABFA47C87E684DF35AC54D2C | Elle Hearts Girls |
| 06/10/2013 12:53:43 | A2E114A536ECCA14F0C454D99E831239F2F8599F | Good Morning Baby |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

EWI32