Copyrights-In-Suit for IP Address 24.209.161.232

**ISP:** Time Warner Cable
**Location: Milwaukee, WI**

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| **Elle Hearts Girls** | PA0001847652 | 05/30/2013 | 06/18/2013 | 06/10/2013 |
| **Fashion Models** | PA0001838599 | 04/19/2013 | 04/28/2013 | 06/24/2013 |
| **Good Morning Baby** | PA0001847655 | 06/04/2013 | 06/18/2013 | 06/10/2013 |
| **Happy Birthday Capri** | PA0001846087 | 05/24/2013 | 06/17/2013 | 06/24/2013 |
| **Heavenly Brunettes** | PA0001780766 | 03/07/2012 | 03/14/2012 | 06/24/2013 |
| **I Love James Deen** | PENDING | 08/20/2013 | 09/10/2013 | 08/21/2013 |
| **Make me Feel Beautiful** | PA0001859651 | 07/25/2013 | 08/01/2013 | 07/27/2013 |
| **Malibu Moments Part #2** | PENDING | 08/15/2013 | 09/02/2013 | 08/17/2013 |
| **New Romance** | PENDING | 08/05/2013 | 09/03/2013 | 08/06/2013 |
| **Only Lorena** | PA0001847654 | 06/02/2013 | 06/18/2013 | 06/10/2013 |
| **Snow White and the Prince** | PA0001846095 | 05/22/2013 | 06/17/2013 | 06/11/2013 |
| **The Sleepover** | PA0001838600 | 04/23/2013 | 04/28/2013 | 06/24/2013 |
| **The Young and the Restless** | PA0001843111 | 05/05/2013 | 05/15/2013 | 06/24/2013 |
| **This Really Happened** | PENDING | 08/03/2013 | 09/01/2013 | 08/04/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 14**

EXHIBIT B

EWI32